UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-21525-CIV-MARTINEZ/BANDSTRA

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

**v.**

**BRUCE M. PERRY,**

      **Defendant.**
_____/

**FINAL JUDGMENT AS TO DEFENDANT BRUCE M. PERRY**

The Securities and Exchange Commission having filed a Complaint, and Defendant Bruce M. Perry: having entered a general appearance, consented to the Court's jurisdiction over Perry and the subject matter of this action, consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction), waived findings of fact and conclusions of law, and waived any right to appeal from this Final Judgment:

I.

**IT IS ORDERED AND ADJUDGED** that Perry shall pay a civil penalty in the amount of $40,000 pursuant to Section 20(d) of the Securities Act of 1933 [15 U.S.C. § 77t(d)], and Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)].  Perry shall satisfy this obligation by making four (4) payments of $10,000 each, by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The first $10,000 payment is due within ten (10) business days after entry of this Final Judgment, the second $10,000 payment is due within 90 days after entry of this Final Judgment, the third $10,000 payment is due within 180 days after entry of this Final Judgment, and the fourth and final $10,000 payment

is due within 240 days after entry of this Final Judgment. All payments shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Perry as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. A copy of said letter and check or money order shall be sent to Alise M. Johnson, Securities and Exchange Commission, Southeast Regional Office, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131. Perry shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

Perry agrees that he shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made pursuant to any insurance policy, with regard to any civil penalty amounts that Perry pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. Perry further agrees that he shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty amounts that Perry pays pursuant to this Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

If Perry fails to make any single payment, or part of any single payment, of the Funds within the precise time specified for such payment, the installment payment terms of this Final Judgment shall no longer apply, and the full amount of the remaining unpaid civil penalty shall be immediately due, owing and payable, plus post-judgment interest on such remaining unpaid amount calculated

at the rate of interest set forth in Rule 600(b) of the Commission's Rules of Practice, 17 C.F.R. § 201.600(b), from the date of entry of the Final Judgment until such amount is paid in full.

**II.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commission's claims for injunctive relief are hereby dismissed.

**III.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Perry shall comply with all of the undertakings and agreements set forth therein.

**IV.**

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**V.**

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** this 19 day of October 2006, Miami, Florida.

_____
JOSE MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record